647

(130 So. 922)

James HICKS v. STATE.
I Div. 979.

Court of Appeals of Alabama.
Nov. 18, 1930.

SAMFORD, J.
Affirmed.

(135 So. 923)

Nannie HILL v. STATE.
6 Div. 48.

Court of Appeals of Alabama.
June 16, 1931.

J. B. Powell, of Jasper, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

SAMFORD, J.

The point is made that the trial was had in the county court before Hon. Carl Shepherd as special judge, and that the record fails to disclose any authority for him so to act; that therefore the judgment in the county court is void and will not support the prosecution in the circuit court. The point is decided adversely to appellant's contention in Roberts v. State, 126 Ala. 74, 28 So. 741, 30 So. 554. There is no error in the record, and the judgment is affirmed.

Affirmed.

(130 So. 922)

Otto HILL and J. W. Vest v. STATE.
8 Div. 165, 166.

Court of Appeals of Alabama.
Sept. 11, 1930.

PER CURIAM.
Appeals dismissed on motion of appellants.

(132 So. 916)

Earnest HILLIS v. STATE.
8 Div. 97.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(137 So. 921)

Will HINES and Marvin Pruet v. STATE.
4 Div. 787.

Court of Appeals of Alabama.
Nov. 10, 1931.

BRICKEN, P. J.
Appeal dismissed.

(130 So. 922)

George HODGES v. STATE.
4 Div. 642.

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.

(137 So. 921)

George HODGES v. STATE.
4 Div. 802.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Appeal dismissed.